IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02357-LTB

WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES,

    Plaintiff,

v.

AURORA DISTRICT #113347 MONTVIEW BLVD.
AURORA 80045 #2 15001 E. ALAMEDA PARKWAY,
AURORA 80012 #3 23911 EAST ARAPAHOE RODE [sic],
80016 DENVER #1 1311 W. 46TH AVENEW [sic] # 2 # 3,
1625 SOUTH UNIVERSITY BLVD. #4 2100 S. CLAY STREET,
3921 N. HOLLY STREET #5 4685 N. PEORIA STREET, and
#6 1566 N. WASHINGTON STREET #74500 PENA BLVD.,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of October, 2012.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk

                                        By: s/L. Gianelli
                                             Deputy Clerk